# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 101 WAL 2020
:
Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ALLEN BROWN, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Does a PCRA court's inherent authority to correct obvious and patent mistakes in its records and orders extend beyond the correction of mistakes in its orders and provide it perpetual authority to reconsider and countermand an order granting PCRA relief on the ground that it now finds the precipitating PCRA petition was untimely?

Moreover, the parties are directed to address in their briefs what, if any, effect our decision in *Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020), has on our resolution of this question.